**FILED**

UNITED STATES COURT OF APPEALS

FEB 24 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MIGUEL A. CHAVEZ,<br><br>Defendant - Appellant. | No. 05-30311<br><br>D.C. No. CR-03-00171-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 125 S. Ct. 738 (2005), do not render waiver of appeal involuntary and unknowing).

**DISMISSED**

MOATT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 20 2006

by: [signature]
Deputy Clerk